BYRD *v.* THE STATE.

No. 15144.  APRIL 5, 1945.

*T. Ross Sharpe* and *P. M. Anderson,* for plaintiff in error.
*R. L. Carr, solicitor,* contra.

ATKINSON, Justice.  (After stating the foregoing facts.)  If the Supreme Court has jurisdiction of the present writ of error, it is because of the motion to quash the accusation, and especially

because of the language in the fourth ground, which is set forth in full in the statement of facts. This motion does not involve the construction of the constitution of Georgia, or of the United States, or of a treaty between the United States and a foreign government; nor does it draw in question the constitutionality of any law of the State of Georgia, or of the United States. Therefore the Supreme Court is without jurisdiction to pass upon the question raised in the motion to quash the accusation, which merely involves the application of a provision of the constitution of this State. Nor does any question raised in the motion for new trial invoke the jurisdiction of this court. Therefore the case is transferred to the Court of Appeals. Code, § 2-3005; *Cowart* v. *State,* 177 *Ga.* 377 (170 S. E. 253); *Keeney* v. *State,* 182 *Ga.* 523 (186 S. E. 561); *Head* v. *Edgar Brothers Co.,* 187 *Ga.* 409 (200 S. E. 792); *Chastain* v. *Alford,* 191 *Ga.* 677 (13 S. E. 2d, 769).

*Transferred to the Court of Appeals. All the Justices concur.*